FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN


```
                                    )
IN RE:                              )
                                    )      Civil No. 2007-36
INNOVATIVE COMMUNICATION            )
COMPANY, LLC,                       )      Re: Bankruptcy No. 06-30008
                                    )
             Debtor.                )
_____)
                                    )
IN RE:                              )      Civil No. 2007-37
                                    )
EMERGING COMMUNICATIONS, INC.       )      Re: Bankruptcy No. 06-30007
                                    )
             Debtor.                )
_____)
```

ATTORNEYS:

**Carol Ann Rich, Esq.**
St. Thomas, U.S.V.I.
    *For Innovative Communication Company, LLC, and Emerging
    Communications, Inc.,*

**Daniel J. DeFranceshi, Esq.**
Wilmington, DE
    *For Innovative Communication Company, LLC, and Emerging
    Communications, Inc.,*

**Douglas P. Bartner, Esq.**
New York, NY
    *For Innovative Communication Company, LLC, and Emerging
    Communications, Inc.,*

**Thomas Alkon, Esq.**
St. Croix, U.S.V.I.
    *For Jeffrey J. Prosser,*

**Michael J. Lichtenstein, Esq.**
Rockville, MD
    *For Jeffrey J. Prosser,*

**Robert F. Craig, Esq.**
Omaha, NE
*For Jeffrey J. Prosser,*

**Charles S. Russell, Jr., Esq.**
St. Thomas, U.S.V.I.
*For Rural Telephone Finance Cooperative,*

**William R. Greendyke, Esq.**
Houston, TX
*For Rural Telephone Finance Cooperative,*

**Toby L. Gerber, Esq**.
Dallas, TX
*For Rural Telephone Finance Cooperative,*

**Richard Hunter, Esq.**
St. Croix, U.S.V.I.
*For Rural Telephone Finance Cooperative,*

**Kent D. Bressie, Esq.**
Washington, D.C.
*For Rural Telephone Finance Cooperative,*

**Guy G. Gebhardt, Esq.**
Atlanta, GA
*For the United States Trustee,*

**Jeffrey B. Moorehead, Esq.**
St. Croix, U.S.V.I.
*For the Virgin Islands Public Services Commission,*

**Matthew J. Duensing, Esq.**
St. Thomas, U.S.V.I.
*For Greenlight Capital Qualified, L.P., Greenlight Capital, L.P., Greenlight Capital Offshore, Ltd.*

**Thomas J. Allingham, II., Esq.**
Wilmington, DE
*For Greenlight Capital Qualified, L.P., Greenlight Capital, L.P., Greenlight Capital Offshore, Ltd.*

## ORDER

**GÓMEZ, C.J.**

Innovative Communication Company, LLC ("ICC-LLC"), Emerging Communications, Inc. ("ECI"), and Jeffrey J. Prosser ("Prosser") (collectively, the "Debtors") appeal from two orders issued by the United States Bankruptcy Court for the District of the Virgin Islands (the "Bankruptcy Division") on February 13, 2007: (1) an order denying the joint motion of ICC-LLC and ECI for appointment of a responsible officer for ICC-LLC and ECI, and (2) an order granting a motion to appoint a Chapter 11 trustee in the underlying bankruptcy matters (together, the "February 13, 2007, orders"). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the above-captioned appeals are **DISMISSED**; it is further

**ORDERED** that all pending motions are **DENIED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** the above-captioned matters.

S\

**Curtis V. Gómez**
**Chief Judge**